**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1094**

———————————

In Re: RICHARD MICHAEL SHEER,

Debtor.

———————————————

RICHARD MICHAEL SHEER,

Plaintiff - Appellant,

THOMAS L. LACKEY,

Party-in-interest,

versus

EDUCATIONAL CREDIT MANAGEMENT CORPORATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-99-2080-DKC, BK-98-23169-DK)

———————————

Submitted:  August 24, 2000          Decided:  August 28, 2000

———————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Roger Schlossberg, Schlossberg & Associates, Hagerstown, Maryland, for Appellant. Rand L. Gelber, Rockville, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Michael Sheer appeals from the district court's order affirming the bankruptcy court's order overruling his objection to the Appellee's proof of claim in his Chapter 13 proceeding. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sheer v. Educational Credit Management Corp., Nos. CA-99-2080-DKC; BK-98-23169-DK (D. Md. Dec. 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED